**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:02-00080-001 |
| | ) | |
| David R. Silverman | ) | |

**ORDER TO RELEASE PASSPORT**

**THIS CAUSE** having come before Chief U.S. District Judge Ernest C. Torres, for an order to release the defendant's passport which was surrendered as a condition of pretrial release,

**WHEREAS** the defendant's term of supervision expired on August 17, 2005 by this Court, it is hereby

**ORDERED** that the defendant's passport be released.

**ENTERED** as an order of this Honorable Court the 22nd day of August, 2005.

ENTER:

Ernest C. Torres
Chief U.S. District Judge
8/22/05

PER ORDER:

Deputy Clerk